# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Versar, Inc. | ) | ASBCA No. 61829 |
| | ) | |
| Under Contract No. FA8903-09-D-8588 | ) | |

APPEARANCES FOR THE APPELLANT:     Thomas R. Krider, Esq.
Alix K. Town, Esq.
  Oles Morrison Rinker & Baker LLP
  Seattle, WA

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
Kyle E. Gilbertson, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 1, 2019

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61829, Appeal of Versar, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals